**008-15**

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 24 2015

Abel Acosta, Clerk

NO. 05-13-00306-CR

IN THE

COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

*30 days granted PC*

*3-3-15*

KAREN PATRICIA BOWIE

v

THE STATE OF TEXAS

FROM APPEAL NO: 05-13-00306-CR
TRIAL CAUSE NO: 380-8148-2011
Collin County, Texas

## SECOND MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now, Karen Patricia Bowie, Petitioner and files this Motion for an extension of Sixty (60) days in which to file a Petition for Discretionary review. In support of this Motion, Petitioner will show:

### I.

The Petitioner was convicted in the 380th District Court of Collin County, Texas of Penal Code §31.03, Theft in Cause No. 380-8148-2011, Styled State of Texas v Karen Patricia Bowie. The Petitioners

replacement court appointed counsel submitted an Anders Brief, without Consent of Petitioner, to the Court of Appeals for the Fifth District at Dallas. the case was affirmed and modified on Nov. 24. 2014.

## II

On Jan. 9, 2015 The Honorable Court of Criminal Appeals Granted Petitioners First Motion for Extension of time to file Petition for Discretionary Review And the deadline extension was until Feb 23, 2015; a deadline Petitioner is unable to meet due to her inability to have attained Counsel albeit six letters have been sent and await response.

## III

I am asking for an Extension and Pray the Honorable Court will Grant Petitioner another extension since Petitioner is unable to submit on the deadline date of FEB 23. 2015. Petitioner has taken the initiative to research and is diligently Preparing to submit a Pro Se Petition should no Counsel respond.

## IV

Petitioner's second request FOR extension is based upon the following facts: (1) Petitioner's trial lawyer and Appellate Attorney, William L. Schultz was unable to complete her Appellate Brief within the Generous time extensions

Granted by the Honorable Court of Appeals. (2) Appointed replacement Counsel, in turn, filed an Anders Brief, against Petitioner's directive, after on three months of appointment.

THE Anders Brief is contradictive to the APPELLATE Brief Counselor Schultz intended to file when he "identified a number of issues (he) deemed and could evidence were worthy of reversal, inclusive of evidence and verdict being contrary to the law." (3) There is no Law Library access at Crain Unit for Satellite Units. LAW LIBRARY delivers only three (3) items requested every 24 hours and must return to receive additional next three items. As such is the limited access, time is extensive and; (4) Petitioner is not a legal aid or lawyer and her knowledge is limited regarding Texas Criminal Law, Research is encumbered and the process slowed.

## V.

For the reasons stated above, Petitioner respectfully requests an additional Sixty (60) days to complete Pro se Petition for Discretionary Review, in support of the Honorable Court of Criminal Appeals, review of the Honorable Court of Appeals Decision.

WHEREFORE, Petitioner Prays this Court Grant This Second Motion and extend the deadline date for filing the Petition for Discretionary Review in Case No: 05-00306 CR until April 24, 2015.

*Karen Patricia Bowie*
Petitioner, Pro se
Karen Patricia Bowie
TDCJ # 1839441
Christina Melton, Crain Unit
Sycamore 2A-3
1401 State School Road
Gatesville, Texas 76599

## CERTIFICATE OF SERVICE

I Certify that a true and correct copy of the above and Foregoing ■ time extension of "Second Motion for Extension of Time to File A Petition For Discretionary Review" has been Forwarded by U.S. Mail, First Class to the Clerk of the Court of Criminal Appeals, Court of Criminal Appeals, 12308 Capitol Station, Supreme Court Building, Austin, Texas 78711 on this the 19th day of February, 2015.

*Karen Patricia Bowie*
PETITIONER Pro se
KAREN PATRICIA BOWIE

I, KAREN PATRICIA BOWIE, TDCJ # 1839441, being presently incarcerated in the Christina Melton, Crain Unit of the Texas Department of Criminal Justice in Coreyell County, Texas verify and declare under Penalty of Perjury that the foregoing statements are true and correct. Execution on this 19th day of February, 2015

*Karen Patricia Bowie*
Petitioner Pro Se
KAREN PATRICIA BOWIE